UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA SIMS, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 4:12CV1400 RWS |
| CAROLYN W. COLVIN,[1] Commissioner of Social Security, | ) |
|     Defendant. | ) |

## **MEMORANDUM AND ORDER**

The Court referred this matter to United States Magistrate Judge Thomas C. Mummert III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On July 16, 2013, Judge Mummert filed his recommendation that the decision of the Commissioner denying plaintiff's application for supplemental security income under Title XVI of the Social Security Act be affirmed.  No objections to Judge Mummert's Report and Recommendation were filed, and the time for filing objections or for seeking an extension of time to do so has expired.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  As such, she should be substituted for Michael J. Astrue as the defendant in this suit.  Fed. R. Civ. P. 25(d).

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in the Report and Recommendation of July 16, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated July 16, 2013 [#20] is adopted in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of July, 2013.